# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW LYTER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-664 |
| | : | |
| **PENNSYLVANIA STATE POLICE,** *et al.* | : | |

## ORDER

**AND NOW**, this 11th day of July 2019, upon considering the Motions to dismiss or transfer venue (ECF Doc. Nos. 25, 27) filed by the Pennsylvania State Police, Commissioners Blocker, Noonan, Pawlowski and Miller, Colonel Brown, Major Grimes, L.T. Harman, Major Thierwechter and Commissioner Evanko, with no timely response, and for reasons in the accompanying Memorandum, it is **ORDERED** these Defendants' Motions to dismiss or transfer venue (ECF Doc. Nos. 25, 27) are:

1. **GRANTED** so as to dismiss the claims against these Defendants without prejudice to Plaintiff filing an amended Complaint consistent with the accompanying Memorandum on or before **July 25, 2019**; and,

2. **DENIED** as to transferring venue without prejudice.

_____
KEARNEY, J.